**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27194/0198926115

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jody Lynn Roberts<br>      Debtor.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>      Movant,<br>  vs.<br>Jody Lynn Roberts, Debtor, William E. Pierce, Trustee.<br>      Respondents. | No. 2:09-bk-25265-RTBP<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #9) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 26, 2005 and recorded in the office of the Yavapai County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary and Jody Lynn Roberts has an interest in, further described as:

> Lot 1286, PRESCOTT VALLEY UNIT TWENTY, according to the Plat of record in the book 15 of Maps, pages 63-66 records of Yavapai County Arizona
>
> Excepting therefrom all gas, oil, minerals, and petroleum as reserved in various instrument of record.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

---------------------------------------------
JUDGE OF THE U.S. BANKRUPTCY COURT